UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
LAWRENCE TAYLOR,

        Petitioner,

  -against-                        ORDER

ROBERT ERCOLE,                07 Civ. 9266 (LAK)(MHD)
Superintendent,
Green Haven Correctional Facility,

        Respondent.
------------------------------------x

**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE:**

    The above-named petitioner, Mr. Lawrence Taylor, has petitioned this Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. I have, by direction of the Honorable Lewis A. Kaplan, United States District Judge, to whom this matter is assigned, preliminarily considered the petition and the Superintendant's response, in accordance with 28 U.S.C § 2254 and upon such consideration, I direct that petitioner is to serve and file his reply, if any, by no later than **FEBRUARY 11, 2008.**

DATED:  New York, New York
          January 10, 2008

SO ORDERED

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing order have been mailed this date to:

Lawrence Taylor, pro se
03-A-5676
Green Haven Correctional Facility
Rte. 216
Stormville, NY 12582

Lisa Fleischmann
Assistant Attorney General
120 Broadway
New York, NY 10271