MR. LAWRENCE TAYLOR
03-A-5676
Green Haven Correctional Facility
Rte. 216
Stormville, NY 12582

07CV9266 /LAK/

2/1/08

HON. MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

DEAR SIR:
In the matter of UNITED STATES DISTRICT COURT. SOUTHERN DISTRICT OF NEW YORK: LAWRENCE TAYLOR(Petitioner) against ROBERT ERCOLE Superintendent, Green Haven Correctional Facility; I'm writing to request an extention of (30)days to effectively reply to Respondents DECLARATION in OPPOSITION to my Petition for a writ of Habeas Corpus.
   I've just recently received a copy of the repondents papers, as well as the Magistrates's letter informing me of the FEBRUARY 11, 2008. deadline to reply. It takes at least a week minimum to be placed on the institutional "call-out" sheet, so I can utilize the LAW LIBRARY facility's, to effect a proper reply.
   An extention of (30) days, until march 11, 2008. ...or there about, would be suffient amount of time to carry out my task.
   If your Honor could grant me this extention, It would be greately appreciated.

SINCERELY.....

Lawrence Taylor

ENDORSED ORDER
Application granted. Petitioner's reply is to be served and filed by March 11, 2008.

1/31/08

UNITED STATES DISTRICT COURT
DISTRICT OF NEW YORK

LAWRENCE TAYLOR,
              Petitioner,

                                   AFFIRMATION OF
                                      SERVICE

-against-

ROBERT ERCOLE,
Superintendent,
Green Haven Correctional Facility,
              Defendants.

I, LAWRENCE TAYLOR, declare under penalty of perjury that I have served a copy of the Request for extention of time. upon the below named party:

    PRO SE OFFICE, UNITED STATES DISTRICT COURT.
    SOUTHERN DISTRICT OF NEW YORK.

    ROBERT ERCOLE, SUPERINTENDENT, GREEN HAVEN
    CORRECTIONAL FACILITY, RESPONDENT.

I declare under penalty of perjury that above statements are true and correct.

Dated: JANUARAY 22, , 200 8
Stormville, New York 12582

                                                          Respectfully submitted,

                                                          */s/ Lawrence Taylor*