Docket # 07cv9266

MR. LAWRENCE TAYLOR
03-A-5676
GREEN HAVEN CORRECTIONAL FACILITY
Rte. 216
STORMVILLE, N.Y 12582

ENDORSED
ORDER

Application granted.
Petitioner's reply is
to be served and filed
by April 14, 2008
[signature] 3/13/08

HON. MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

DEAR SIR:

In the matter of UNITED STATES DISTRICT COURT. SOUTHERN DISTRICT of NEW YORK: LAWRENCE TAYLOR(Petitioner) against ROBERT ERCOLE SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY; I'm writing to request another extention of (30) days to complete my reply brief, in answer to respondents "DECLARATION in OPPOSITION to my PETITION for WRIT of HABEAS CORPUS.

Due to the large volume of inmates requesting time in the institutional "LAW LIBRARY", I've just recently been placed on the institutional "Call-Out" list. My work has been delayed up until this time.

I apologize for any inconveience I may have caused the courts, due to my delay. An extention of an additonal (30) days should be enough time for me to complete my work.

If your honor could grant me this additional time, I should delay the courts no futher. Your understanding would be greatly appreciated.

Sincerely.......
Lawrence Taylor